IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cuthrell, Thomas A
Cuthrell, Terri L
Printed: 12/10/08

Case Number: 07 B 02520
Judge: Squires, John H
Filed: 2/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 9, 2008
Confirmed: May 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,993.75 |  |
| Secured: |  | 7,654.06 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,719.00 |
| Trustee Fee: |  | 616.82 |
| Other Funds: |  | 3.87 |
| Totals: | 10,993.75 | 10,993.75 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,334.00 | 2,334.00 |
| 2. | Robert J Semrad & Associates | Administrative | 385.00 | 385.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 528.55 | 199.16 |
| 5. | City Of Chicago | Secured | 378.00 | 188.34 |
| 6. | Americredit Financial Ser Inc | Secured | 29,704.18 | 7,266.56 |
| 7. | HomeComings Financial Network | Secured | 8,915.24 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 9. | Internal Revenue Service | Priority | 16,459.00 | 0.00 |
| 10. | Americredit Financial Ser Inc | Unsecured | 1,054.42 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 32.54 | 0.00 |
| 12. | Seventh Avenue | Unsecured | 44.42 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 74.60 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 708.50 | 0.00 |
| 15. | Jefferson Capital | Unsecured | 113.02 | 0.00 |
| 16. | Ginny's | Unsecured | 42.12 | 0.00 |
| 17. | Internal Revenue Service | Unsecured | 2,616.74 | 0.00 |
| 18. | Aspire Visa | Unsecured | 30.48 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 13.14 | 0.00 |
| 20. | Freedom Card | Unsecured | 25.67 | 0.00 |
| 21. | Swiss Colony | Unsecured | 35.33 | 0.00 |
| 22. | Asset Acceptance | Unsecured | 20.52 | 0.00 |
| 23. | Americredit Financial Ser Inc | Unsecured | 0.04 | 0.00 |
| 24. | RoundUp Funding LLC | Unsecured | 108.45 | 0.00 |
| 25. | Gwen Holley | Priority |  | No Claim Filed |
| 26. | Check Rite | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cuthrell, Thomas A | Case Number: 07 B 02520 |
| --- | --- | --- |
| | Cuthrell, Terri L | Judge: Squires, John H |
| | Printed: 12/10/08 | Filed: 2/13/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | I C Systems Inc | Unsecured | | No Claim Filed |
| 28. | Cbe Group | Unsecured | | No Claim Filed |
| 29. | Larabida Children's Hospital | Unsecured | | No Claim Filed |
| 30. | Medical Collections | Unsecured | | No Claim Filed |
| 31. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 32. | Providian | Unsecured | | No Claim Filed |
| 33. | Midland Credit Management | Unsecured | | No Claim Filed |
| 34. | State Collection Service | Unsecured | | No Claim Filed |
| 35. | Universal Collection Service | Unsecured | | No Claim Filed |
| 36. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 37. | State of Maryland | Unsecured | | No Claim Filed |
| | | | $ 63,623.96 | $ 10,373.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 478.93 |
| 6.5% | 137.89 |
| | $ 616.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

